js-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| ARTURO GONZALEZ, ) | NO. CV 19-00851-JFW (AS) |
|         Petitioner, ) | |
|         v. ) | **JUDGMENT** |
| Warden KELLY SANTORO, ) | |
|         Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 18, 2019.


_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE